# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

NICOLE R. DIETRICK, on behalf of herself
and others similarly situated,

    Plaintiff,

v.                                  CASE NO: 2:08-cv-813-FtM-99DNF

ADVANCED GASTROENTEROLOGY OF
NAPLES, P.A.; SHARDUL NANAVATI,
PRATHIMA MOORTHY,

    Defendants.
_____/

## O R D E R

Plaintiff has failed to file a timely response to Judge Frazier's order to show cause entered August 13, 2009, at docket 32. Indeed, the docket reflects that the order sent to Plaintiff at her last known address was returned as undeliverable because of an insufficient address and was unable to be forwarded to another address. Consequently, the Court reasonably concludes that Plaintiff has abandoned the prosecution of this case.

Accordingly, it is ordered and adjudged as follows:

1) The case is dismissed with prejudice for lack of prosecution.

2) The Motion for Sanctions (Dkt. 30) is denied as moot.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on September 4, 2009.

                    s/*Richard A. Lazzara*
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record